AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

LIVING CARE ALTERNATIVES
OF KIRKERSVILLE, INC.,
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

UNITED STATES OF AMERICA,    CASE No. C2-04-293
INTERNAL REVENUE SERVICE,    Judge Edmund A. Sargus, Jr.
        Defendant.    Magistrate Judge Mark R. Abel

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed 8/29/2005, JUDGMENT is hereby entered in favor of the Defendant. This case is closed.**

Date: August 29, 2005    JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk